UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON WHITELY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CDCR, et al.,<br><br>　　　　Defendant. | NO. CV 18-1143-AG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED as follows:

(1)　Defendant Sorheim's motion to dismiss is denied.

(2)　Defendant CDCR is dismissed from this action without leave to amend; and

(3)　Defendant Sorheim is ordered to file an Answer to the Complaint within 30 days after entry of this order.

DATED: December 24, 2018

　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　United States District Judge