JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON WHITELY,  ) | NO.  CV 18-1143-RGK (AGR) |
| Plaintiff,  ) | |
| v.  ) | JUDGMENT |
| CDCR, et al.,  ) | |
| Defendant.  ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant Sorheim's motion for summary judgment is granted and this action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: September 15, 2021

_____
R. GARY KLAUSNER
United States District Judge